**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00572-CMA-CBS

SYLVIA ALICIA SEPULVEDA ,

    Plaintiff,

v.

FORD MOTOR COMPANY ,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on June 26, 2015 it is

    ORDERED  Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 25) is GRANTED. It is

    FURTHER ORDERED  that this case is DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that Pursuant to Fed. R. Civ. P. 54(d)(1), the Court awards costs to Defendant, but Defendant shall bear its own attorney's fees.

    Dated at Denver, Colorado this 26th day of June, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/   A. Thomas
    Deputy Clerk